UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
HERBERT FEINBERG,                                                      :
                                                                       :
                                    Plaintiff,                         :      19-CV-3410 (JMF)
                                                                       :
                    -v-                                                :      ORDER
                                                                       :
NATHANIEL F. LAND, SANGITA SHAH, SOUTH                                 :
DALE MABRY SELF-STORAGE, CORPORATION                                   :
SERVICE COMPANY, and JOHN DOE                                          :
CORPORATION,                                                           :
                                                                       :
                                    Defendants.                        :
                                                                       :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On November 27, 2019, Defendant Sangita Shah Land filed a letter with respect to service of process. *See* ECF No. 25. In light of that letter, *see id.* ¶ 5, service is deemed to have been made on Ms. Land, and she shall answer the Amended Complaint **within three weeks of the date of this Order**. Although Ms. Land's letter also discusses service on Defendant Nathaniel Land, *see id.* ¶¶ 6-8, she does not (and cannot) represent Mr. Land. Accordingly, the Court will not take any action with respect to Mr. Land in connection with Ms. Land's letter.

Although the Court has granted Ms. Land's request for permission to participate in the ECF system, the Clerk of Court is directed to mail a copy of this Order to her.

SO ORDERED.

Dated: December 3, 2019
       New York, New York                                      _____
                                                                      JESSE M. FURMAN
                                                                   United States District Judge