```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
HERBERT FEINBERG,                                                       :
                                                                        :
                                                                        :
                        Plaintiff,                                      :
                                                                        :      19-CV-3410 (JMF)
                -v-                                                     :
                                                                        :           ORDER
NATHANIEL F. LAND, SANGITA SHAH, SOUTH                                  :
DALE MABRY STORAGE, and CORPORATION                                     :
SERVICE COMPANY,                                                        :
                                                                        :
                        Defendants.                                     :
                                                                        :
------------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

On September 20, 2020, Defendant Sangita Shah informed the Court that Plaintiff Herbert Feinberg, who was proceeding without counsel, passed away on September 6, 2020. *See* ECF No. 52. No later than **September 28, 2020**, Defendant Shah is hereby ORDERED, in accordance with Rule 25(a)(1) of the Federal Rules of Civil Procedure, to mail a Statement of Death and a copy of this Order to Mr. Feinberg's last known address and file proof of such service with the Court. *See, e.g.*, *Yates v. Smith*, No. 9:17-CV-1227 (LEK) (ML), 2019 WL 4508929, at *1 (N.D.N.Y. Sept. 19, 2019).

In accordance with Rule 25(a), a motion for substitution of the proper party must be filed **within ninety days of service of the Statement of Death** "by a party or by [Mr. Feinberg's] successor or representative." Fed. R. Civ. P. 25(a)(1).[1] In the absence of such a notice, the case "must be dismissed" — and the Court will do so without further notice to the parties. *Id.*

---

[1] The Court notes that any successor or representative who appears on behalf of the decedent may, depending on the circumstances, be required to appear through counsel in order to proceed. *Pridgen v. Andresen*, 113 F.3d 391, 393 (2d Cir. 1997) ("[A]n administratrix or

Seeing no reason to keep this case open pending the potential substitution of parties, the Court directs to Clerk of Court to administratively close the case.  **If a motion to substitute pursuant to Rule 25(a)(1) is <u>timely</u> filed, the Court will reopen the action and resume consideration of Defendant Shah's motion to dismiss.**  *See* **ECF No. 41.  If no motion to substitute is filed by the deadline set forth in Rule 25(a)(1), then the case will be deemed dismissed pursuant to the Rule.**

In light of the foregoing, Ms. Shah's motion for a conference, ECF No. 52, is denied as moot.  The Clerk of Court is directed to terminate 52 and administratively close this case.

SO ORDERED.

Dated: September 22, 2020  
      New York, New York

                                            JESSE M. FURMAN  
                                          United States District Judge

---

executrix of an estate may not proceed *pro se* when the estate has beneficiaries or creditors other than the litigant."); *see also Guest v. Hansen*, 603 F.3d 15, 21 (2d Cir. 2010).